UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IMMACULATA TEGETE,

Plaintiff,

-against-

MARYKNOLL SISTERS OF SAINT DOMINIC, INC.,
MARYKNOLL COMMUNITIES, INC.

Defendants.
---------------------------------------------------------------x

**NOTICE OF MOTION**

7:20-cv-05023 (CS)

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Defendant Maryknoll Sisters of St. Dominic Inc.'s ("Defendant") Motion for Summary Judgment, dated January 28, 2022, Defendant's Statement of Undisputed Facts pursuant to Local Rule 56.1, dated January 28, 2022, the affirmation of Richard A. Coppola dated January 28, 2022 and the exhibits annexed thereto, the declaration of Sr. Janet Srebalus, MM dated January 27, 2022 and the exhibits annexed thereto, the declaration of Sr. Janet Hockman, MM dated January 27, 2022 and the exhibits annexed thereto, the declaration of Sr. Theresa Kastner, MM dated January 27, 2022 and the exhibit annexed thereto, the declaration of Sr. Darlene Jacobs, MM dated January 26, 2022 and upon all prior pleadings and proceedings had herein, Defendant will move this Court before The Honorable Cathy Seibel, United States District Judge, at The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse located at 300 Quarropas Street, White Plains, New York 10601-4150 at a date and a time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure (a) granting Defendant's motion for summary judgment in its entirety and dismissing all causes of action in the complaint with prejudice; (b) granting Defendant costs and disbursements of the action and reasonable

attorneys' fees incurred in this lawsuit and; (c) for such other and further relief as this Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to The Honorable Cathy Seibel's January 10, 2022 Revised Scheduling Order adopting the parties' agreed briefing schedule (the "Revised Scheduling Order"), Plaintiff Immaculata Tegete's ("Plaintiff") opposition to Defendant's motion for summary judgment shall be served on Defendant's attorney by March 28, 2022; and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Revised Scheduling Order, Defendant's reply papers shall be served on Plaintiff's attorney by April 28, 2022, and the fully briefed motion shall be filed by April 28, 2022.

Dated: New York, New York
January 28, 2022

CULLEN AND DYKMAN LLP
Attorneys for Defendant
Maryknoll Sisters of Saint Dominic, Inc.

By: Richard A. Coppola
Richard A. Coppola
RC6624
44 Wall Street, 17th Floor
New York, New York 10005
(212) 510-2250
rcoppola@cullenllp.com

TO: **VIA E-MAIL**

Christopher R. Mount, Esq.
Mount Law Group, PLLC
400 Rella Boulevard, Suite 165
Suffern, New York 10901
chris@mountlaw.com
Attorneys for Plaintiff