UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IMMACULATA TEGETE,

Plaintiff,

-against-

MARYKNOLL SISTERS OF SAINT DOMINIC, INC., MARYKNOLL COMMUNITIES, INC.

Defendants.
---------------------------------------------------------------x

7:20-cv-05023 (CS)

**AFFIRMATION OF RICHARD A. COPPOLA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Richard A. Coppola, an attorney duly admitted to practice law before this Court, affirms the following under penalties of perjury:

1. I am a Partner at Cullen and Dykman LLP, attorneys for defendant, Maryknoll Sisters of St. Dominic Inc. ("Maryknoll" or "Defendant") and am fully familiar with the facts and circumstances herein.

2. I submit this Affirmation in support Defendant's motion pursuant to Fed. R. Civ. P. 56 for summary judgment dismissing all causes of action in the complaint. Exhibits J through QQ, annexed hereto or the accompanying declarations, are documents that were produced during discovery in this litigation.

3. On July 2, 2020, Plaintiff Immaculata Tegete ("Plaintiff"), by her counsel, filed a Complaint, a copy of which is attached hereto as Exhibit A. (ECF Doc. 1).

4. On October 19, 2020, I filed Defendant's Answer to the Complaint, a copy of which is attached hereto as Exhibit B. (ECF Doc. 22).

5. On March 31, 2021, and April 30, 2021, I took an Examination Before Trial of Plaintiff. At her deposition, Plaintiff testified in English without an interpreter. A true and correct

copy of the deposition transcript (relevant portions only) is attached hereto as Exhibit C.

6. On June 1, 2021, Christopher Mount, Esq., attorney for Plaintiff, took an Examination Before Trial of Sr. Shu Chen Wu. A true and complete copy of the deposition transcript (relevant pages only) is attached here to Exhibit D.

7. On June 21, 2021, Christopher Mount, Esq., attorney for Plaintiff, took an Examination Before Trial of Sr. Rebecca Macugay. A true and complete copy of the deposition transcript (relevant pages only) is attached here to Exhibit E.

8. On July 7, 2021, Christopher Mount, Esq., attorney for Plaintiff, took an Examination Before Trial of Sr. Janet Srebalus. A true and complete copy of the deposition transcript (relevant pages only) is attached here to Exhibit F.

9. On July 30, 2021, Christopher Mount, Esq., attorney for Plaintiff, took an Examination Before Trial of Sr. Euphrasia Nyaki. A true and complete copy of the deposition transcript (relevant pages only) is attached here to Exhibit G.

10. On August 12, 2021, I took an Examination Before Trial of Father Honoratus Mwageni. A true and correct copy of the deposition transcript (relevant portions only) is attached hereto as Exhibit H.

11. On September 15, 2021, I took an Examination Before Trial of Jean Enneking. A true and correct copy of the deposition transcript (relevant portions only) is attached hereto as Exhibit I.

12. A copy of cover letter dated March 2, 2020, with documents in support I-129 Petition for a Nonimmigrant Religious Worker (R-R1) is annexed hereto as Exhibit L.

13. A copy of an Affidavit in Support of Plaintiff re: I-129 Petition for a Nonimmigrant Religious Worker (R-R1) is annexed hereto as Exhibit M.

14. A copy of Plaintiff's Electronic Ticket Receipt and Itinerary from Tanzania to New York is annexed hereto as Exhibit N.

15. A copy of Plaintiff's Schedule for July and August 2010 is annexed hereto as Exhibit O.

16. Copies of Plaintiff's Passport and Visa are annexed hereto as Exhibit Q.

17. A copy of Plaintiff's Declaration of Acceptance of an Indult of Departure for a Sister in Temporary Profession is annexed hereto as Exhibit R.

18. A copy of the relevant pages of Complementary Document Maryknoll Sisters of St. Dominic is annexed hereto as Exhibit V.

19. A copy of the Request Form for First Temporary Profession is annexed hereto as Exhibit W.

20. A copy of a letter dated December 16, 2014 from the Congregational Leadership Team to all Maryknoll Sisters is annexed hereto as Exhibit X.

21. A copy of Plaintiff's "Maryknoll Sisters [Mission] Assignment Profile" is annexed hereto as Exhibit Y.

22. A copy of a letter dated October 14, 2012, from the Congregational Leadership Team to Sr. Joji Felix, MM is annexed hereto as Exhibit Z.

23. A copy of a letter from Sr. Bernice Rigney to Plaintiff is annexed hereto as Exhibit AA.

24. A copy of an e-mail dated April 2, 2014, from Plaintiff to Jean Enneking and Katie Sullivan is annexed hereto as Exhibit BB.

25. A copy of a letter from the Panama Mission Presence to Sr. Rebecca Macugay is annexed hereto as Exhibit CC.

26. A copy of an e-mail dated October 9, 2013, from Plaintiff to Sr. Janice McLaughlin is annexed hereto as Exhibit DD.

27. Copies of e-mail correspondence dated October 10, 2013, between Plaintiff and Sr. Euphrasia Nyaki, among others, is annexed hereto as Exhibit EE.[1]

28. Copies of medical documents from Plaintiff's time in Panama (produced by Plaintiff) are annexed hereto as Exhibit FF.

29. A copy of the Acknowledgement page from the 2014 General Assembly is annexed hereto as Exhibit GG.

30. Copies of e-mail correspondence between Plaintiff and Jean Enneking relating to Plaintiff's trip to Minnesota are annexed hereto as Exhibit HH.

31. A copy of Sr. Rebecca Macugay's notes dated November 5, 2014, taken after a meeting with Plaintiff on November 4, 2014, is annexed hereto as Exhibit II.

32. A copy of an e-mail dated November 7, 2014, from Sr. Elizabeth Terbrock to Plaintiff with a letter addressed to Sr. Gerri Brake, Personnel Coordinator Panama Mission Presence, and Panama Mission Presence Sisters attached is annexed hereto as Exhibit JJ.

33. A copy of an e-mail dated November 8, 2014, from Sr. Brake to Plaintiff and Sr. Macugay is annexed hereto as Exhibit KK.

34. A copy of a letter dated December 1, 2014, from the Congregational Leadership Team to Plaintiff is annexed hereto as Exhibit LL.

35. A copy of the relevant pages of Maryknoll's Congregational Policies is annexed hereto as Exhibit MM.

[1] Plaintiff produced these e-mails in Swahili and Defendant translated. Exhibit EE includes both languages.

36. Copies of Plaintiff's relevant medical records from New York and Chicago are annexed hereto as Exhibit NN.

37. A copy of a letter dated December 12, 2014, from Sr. Janice McLaughlin, MM. the former president of Maryknoll to Plaintiff is annexed hereto as Exhibit OO.

38. Copies of e-mails dated December 16 and 17, 2014, reflecting that Maryknoll purchased and subsequently canceled a plane ticket for Plaintiff to return to Tanzania are annexed hereto as Exhibit PP.

39. A copy of the addendum to Plaintiff's Indult of Departure is annexed hereto as Exhibit QQ.

Dated: New York, New York
January 28, 2022

Richard A. Coppola
RC6624