# EXHIBIT M

MARYKNOLL SISTERS OF ST. DOMINIC, INC.
PO BOX 311 (10 PINES BRIDGE ROAD)
MARYKNOLL, NY 10545-0311
(914) 941-7575
Fax: (914)941-5535

**Employment Letter/Affidavit of Support for Immaculata Gotifried Tegete**
**Re: I-129 Petition for a Nonimmigrant Religious Worker (R-R1)**

I, Sister Melissa Ann Hayden, M.M., General Secretary of the Maryknoll Sisters of St. Dominic, Inc., with offices at the Maryknoll Sisters Center, Maryknoll, New York (10545-0311), hereby execute this letter on behalf of the above named, **Immaculata Gotifried Tegete,** a Novice of the Roman Catholic Religious Missionary Congregation of the Maryknoll Sisters of St. Dominic, Inc. I respectfully request that you accept this letter as documentation, executed by me as authorizing Church official in support of the Maryknoll Sisters of Dominic's I-129 nonimmigrant religious worker petition for **Immaculata Gotifried Tegete.**

The Maryknoll Sisters of St. Dominic, Inc., a Religious Congregation within the Archdiocese of New York, is a bona fide religious organization of the Roman Catholic Church, a religious denomination. The Maryknoll Sisters of St. Dominic, Inc., moreover, is exempt from taxation as an organization described in section 501(c)(3) of the Internal Revenue Code of 1986 as it relates to religious organizations. In addition to this letter, I attach copies of the July 28, 2009 Internal Revenue Service tax exempt letter executed by Cindy Westcott and the relevant pages of The 2009 Official Catholic Directory, as documentation to establish the tax-exempt status of Maryknoll Sisters of St. Dominic, Inc. .

**Immaculata Gotifried Tegete** was born in Tanzania on [redacted] 1973 and has been actively associated with the Maryknoll Sisters in Tanzania since 2007. **Immaculata Gotifried Tegete** was baptized a Roman Catholic on March 27, 1974 in Utiri, Mbinga, Tanzania and is a member of the worldwide Roman Catholic Church. Her mission outreach as a Roman Catholic since 2000 includes working as a high school Religion teacher, hospital administrator, secretary to the Bishop, and assistant accountant at the Catholic Hospital and also at the Maryknoll Sister's Vema Centre in Tanzania.

In obedience to us, the Congregational Leadership Team of the Maryknoll Sisters of St. Dominic, Inc, **Immaculata Gotifried Tegete** will come to New York to carry out her Religious Work as a Maryknoll Novice. **Immaculata Gotifried Tegete** will actively participate in her work as a Maryknoll Novice which includes life in community, participation in the Eucharistic liturgy, regular periods of personal and communal prayer and religious studies which enable personal growth and development in preparation for life as a Maryknoll Sister in mission. Under the supervision of the Maryknoll Sister Directors, she will understand the nature, charism, spirit and history of the Congregation. She will deepen her understanding of religious life, the evangelical counsels and universal mission. She will also be engaged

in religious outreach to the poor and the needy. After her Novitiate work, she will be assigned to one of the 29 countries around the world where we Maryknoll Sisters make God's love visible. Enclosed are pertinent pages of the Maryknoll Sisters Constitution which explain the formal phases of incorporation for women joining the Maryknoll Sisters of St. Dominic, Inc.

As General Secretary of the Maryknoll Sisters of St. Dominic, Inc., with membership of 525 individuals, I, Sister Melissa Ann Hayden, M.M., declare that the Congregation of the Maryknoll Sisters of St. Dominic, Inc. has sufficient resources and the ability and the intent to maintain **Immaculata Gotifried Tegete** as offered in Title 8, Code of Federal Regulations, 204.5(g)(2), and guarantee that she will not become a public charge.

I, Sister Melissa Ann Hayden, M.M., General Secretary of the Maryknoll Sisters of St. Dominic, Inc., execute this letter to establish the eligibility of **Immaculata Gotifried Tegete** and to request for your approval so that **Immaculata Gotifried Tegete** can enter the United States as a non-immigrant religious worker. Thank you for your kind assistance in this matter.

Sincerely yours,

*Melissa Ann Hayden*

Sister Melissa Ann Hayden, M.M.
General Secretary
Maryknoll Sisters of St. Dominic, Inc.

S E A L

Date *March 2, 2010*

State of New York, County of Westchester
Subscribed and sworn to before me on the *2nd* day of *March* 2010 at Maryknoll, New York.

SUSAN J BALDUS
Notary Public - State of New York
NO. 01BA6110409
Qualified in Westchester County
My Commission Expires *5-24-12*

*Susan J. Baldus*
Notary Public - State of New York