# EXHIBIT R

# DECLARATION OF ACCEPTANCE OF AN INDULT OF DEPARTURE FOR A SISTER IN TEMPORARY PROFESSION

INDULT OF DEPARTURE: Legal Form

I, Immaculata Tegete, a Sister in Temporary Profession in the Congregation of the Maryknoll Sisters of St. Dominic, Inc., do hereby declare and affirm:

1. That freely, fully, and without restriction, condition or equivocation, I accept the Release from the membership of the aforesaid Congregation and the effects and consequences thereof; I understand that this Indult frees one from the obligation of the vows and the rights and duties assumed at Temporary Profession;

2. That I will withdraw from residence with the members of the aforesaid Congregation on the date agreed to;

3. That I have no right to any remuneration of the religious congregation and corporation of the Maryknoll Sisters of St. Dominic, of Maryknoll, New York, the same having been waived by me at the time of my entrance into said Religious Congregation in view of benefits accruing to me from membership therein;

4. That I have accepted :

| | | |
|---|---|---|
| | my Dowry | $ 200.00 |
| | Inheritance | ---- |
| | Travel money | 500.00 |
| | TOTAL SUM | $ 700.00 (see attached Addendum) |

and a return ticket to Tanzania.

Immaculata Gotifried Tegete at Maryknoll New York
(signature of departee)

this 15th day of December, 2014.

WITNESSES:

[signature] Date 15 | Dec, 2014

Geraldine O'Brien..., MM Date Dec 15, 2014

I, Sister Janice McLaughlin, President of the Congregation of the Maryknoll Sisters of St. Dominic, Inc., with the consent of the members of the Congregational Leadership Team, grant an Indult of Departure to:

IMMACULATA TEGETE

Sr. Janice McLaughlin, MM Date 15 Dec 2014
Sister Janice McLaughlin, M.M.
Congregation President

WITNESSES:

[signature] Date 15/Dec 2014

[signature], MM Date Dec 15, 2014

INDULT OF DEPARTURE



Name: Tegete Immaculata Gotifried
(Last) (First) (Middle)

Date of Entrance August 8, 2010

Date of First Temporary Profession August 12, 2012

Date Renewal(s) of Temporary Profession -------

Date of Indult of Departure ~~August~~ December 16, 2014

Reason(s) for Departure: Letter dated December 12, 2014 in Sister's file.

Returning to (address):

Forwarding Address:

(Telephone) Email

Documents – (Check the ones returned):

| | | |
|---|---|---|
| Birth Certificate | X (copy) | |
| Baptismal | X (copy) | |
| Confirmation | --- | |
| Passport | --- | |
| Transcript (copy) | X | Salvatorian Institute of Philosophy and Theology |
| Diplomas/Certificates (copy) | X | Secondary Education, Catechetical School of St. Boniface, Diocese of Mbinga, Vocational Education & Training Authority. |
| Will | ~~X~~ | |
| Professional Licenses | X | |
| Insurance | --- | |
| Vacc/Polio Records | --- | |

Immaculata Gotifried Tegete
Signature of Departee

Dec 15, 2014
Date

A. Janice McLaughlin, MM
Sister Janice McLaughlin, M.M.
Congregation President

Dec 15, 2014
Date

Original: Congregation President
Copies: Sister accepting Indult
Congregation Treasurer