# EXHIBIT V

# *Complementary Document*

**Maryknoll Sisters of St. Dominic**

## XI. PHASES of INCORPORATION

**ORIENTATION PHASE (Novitiate)**

CD 142.01 At the beginning of the Orientation Phase (novitiate) each Sister Candidate (novice) signs a legal form whereby she agrees that both as candidate and as member she will abide by all norms and regulations and that she will claim no remuneration for any services rendered to the Maryknoll Sisters Congregation during the period of orientation and/or of profession.

**Financial Arrangements**

CD 142.02 Each Sister Candidate brings with her a specified amount for the dowry. This amount may be changed by the Presi-dent with consent of the Congregational Leadership Team and in consultation with the Treasurer and the Congrega-tional Vocation Ministry Coordinator.

**Goals**

CD 146.01 The primary goal of the Orientation Phase is to provide specific preparation to the Sister Candidate for life in community and ministry as a Maryknoll Sister. The canonical year of novitiate includes the structuring of experiences necessary for the individual to discover God's call and to deepen her response to religious life and mission. Through prayer, reflection, study, service, dialogue and guidance this phase offers opportunities for the Sister Candidate to explore more fully this call and response within the context of the daily realities of life as a Maryknoll Sister.

## MISSION PHASE

CD 160.01 A process of dialogue and discernment for mission precedes a Sister's first formal assignment. The Congregational Personnel Director assists the Sister in completing the procedures for mission assignment as outlined in the **Polices of the Congregation**. She also facilitates her area studies, direct preparation for ministry and her departure for mission.

CD 160.02 The Mission Phase experience of integration into a regional culture, community and ministry is not less than three (3) years nor ordinarily more than five (5) years in length. The Mission Phase may be extended for an additional time period; not to exceed the nine (9) years of temporary commitment.

## REFLECTION PHASE

CD 172.01 The Reflection Phase is seen as a time of immediate preparation for final profession of vows. This phase is ordinarily not less than six (6) nor more than ten (10) months in length. Prior to this Phase, each Sister will enter into a process within the Region where she has had her Mission Phase experience in order to facilitate her movement into this period of reflection and preparation for final profession.

CD 172.02 The following are essential elements in the process leading up to requesting a Reflection Phase:

- the Sister concerned has had adequate and constant ministry and community experiences during her Mission Phase in order to make an evaluation and a decision for final profession;