# EXHIBIT W

# FIRST TEMPORARY PROFESSION

## REQUEST FORM

I, Sister Immaculata G. Tegete, request to make First Temporary Profession as a member of the Maryknoll Sisters Congregation.

I request to make my profession on:

August 12, 2012 — Maryknoll Sisters Center, Maryknoll, NY
Date

With Rev. Fr. Edward M. Dougherty presiding at the ceremony.

Immaculata Gotifried Tegete — July 16, 2012
Sister — Date

**********************************************

After review of the written evaluation, we, in the name of theCongregational Orientation Team, recommend Sister Immaculata Gotifried Tegete for First Temporary Profession.

**RECOMMENDATION:**

Shu Chen Wu
Congregational Orientation Co-Director
Date: July 16, 2012

Theresa Kastner
Congregational Orientation Co-Director
Date: July 16, 2012

**APPROVAL:**

Sister Joyce McLaughlin
President
Congregational Leadership Team

July 16, 2012
Date

00008

## FIRST TEMPORARY PROFESSION

(Please consult Const. #153 - #176, C.D. #153.01 - #173.02, and Congregational Policies, Section III, pp. 34 - 38)

**FORMULA FORM**

The formula by which a Sister professes her vows is:

I, Sister Immaculata G. Tegete, in the presence of Sister Janice Mc Laughlin, President of the Maryknoll Sisters (or her delegate), vow chastity, poverty, and obedience to God for three years according to the Constitutions of the Congregation of the Maryknoll Sisters of St. Dominic. I promise to live simply and obediently as a celibate woman in community, striving to follow the Gospel and committing my life in service to the universal mission of the Church.

A Sister may include an additional expression of profession at the beginning or the end of this formula. These additions require the prior approval of the President.

Mimi Sister Immaculata Tegete mbele ya Sir Janice McLaughlin Mkuu wa shirika la Masista wa Maryknoll, naweka nadhiri za usafi wa moyo, ufukara na utii kwa Mungu kwa miaka 3 kadiri ya katiba ya shirika la masista wa Maryknoll wa Mtakatifu Dominiko. Nahaidi kuishi maisha ya kawaida ya utii na usafi wa moyo katika jumuiya, nikijaribu kufuata mashauri ya injili na kukabidhi maisha yangu katika utume wa kanisa kwa ulimwengu wote.

Immaculata Gatufreed Tegete
Sister

July 18, 2012
Date

**APPROVAL:**

Sister Janice Mc Laughlin
Sr. Janice McLaughlin, MM
President, Congregational Leadership Team

July 16, 2012
Date