# EXHIBIT X

file: Tegete, Immaculata

00048

# Maryknoll Sisters

*Making God's love visible*

***Congregational Leadership Team***
*P.O. Box 311, Maryknoll, NY 10545-0311*
*Tel: 914-941-7575, E-Mail: CLT@mksisters.org*

December 16, 2014

To All Houses

Dear Sisters,

We regret to inform you that Sr. Immaculata Tegete withdrew from our Congregation on December 15, 2014. Immaculata joined Maryknoll in August 2010 from Mbinga-Songea, Tanzania, where she served in secretarial and accounting capacities for the Diocese and for the diocesan hospital.

After two years in the Orientation Program in Chicago, she made her First Vows on August 12, 2012 and was assigned to Panama that October. She completed an intensive language program in Panama City and volunteered at a halfway home for children with terminal cancer, as she practiced her Spanish. She then worked with our Sisters in the parish of Las Mañanitas and explored her interest in working with indigenous women before attending our 2014 General Assembly as an official participant.

We are grateful for the years that she spent with us and ask for God's blessing on her future.

Sister Janice McLaughlin    Sister Rebecca A. Mangay, MM

Sr. Ann Hayden, M.M.    Sr [illegible], MM

Congregational Leadership Team