# EXHIBIT Y

/

# Maryknoll Sisters Assignment Profile.

1. Name: Immaculata G. Tegete
2. Objective: (Ministry and ambience preferences)
   - i. Ecology/ Environmental
   - ii. Migrations/ Refugees
   - iii. Women' Issues/ Hum Trafficking
   - iv. HIV/ AIDS Ministry
3. Personal Characteristics/ Skills: (List strengths and limitations)
   1) Peru

      The community

      - Sisters live Tacna- Maureen Hanahoe and Marie Lynch in one house
      - The communities get together once a year for a meeting. **The possibility for a new assignee is only in Tacna community.**

      - **Ministry.**
        - Most sisters don't work with diocese because the m sunderstanding between the Bishop's and missionaries Sisters.
        - In Lima there is possibility of working with immigrants
        - There are also more opportunities of other ministries after discussion between the new assignee and region.

   2) **Panama**
      - **Community**
        - i. Darien- Jocelyn and Melinda Live together
        - ii. Las Mananitas – Laura and Jane live together

      - **Ministry**
        - i. Sisters involve in ministry of Health Education
        - ii. Environmental education
        - iii. Pastoral work
        - iv. Human rights (defense of Children's) justice and Peace

   3) **Cambodia**
      - **Community**

i. Most the sisters who were assigned to Cambodia had experiences of community from another region No one had assigned as a first assignment.

ii. The possibility of a new assignee is only one community.

- **Ministry**

  i. Mary knoll are seedling of hope in HIV/AIDS for involving in Home Basic Care (HBC).

  ii. Ministry to the English speaking Catholic Community.

  iii. Health Education.

  iv. Religious Education to the children.

4) East Mor

- **Community**

  i. Sisters have two houses but one community. They get together for meal and prayer and community issues.

- **Ministry**
  - Sisters involve in Pastoral ministry at St. Peter and Paulo Parishes.
  - Health care
  - Formal education in schools
  - Community development with (NGO).

After doing the area studies on each of the above Countries, I have learned About myself **Strength** which I can offer in the ministry:

1. Pastoral Care to the sick
2. Religious Education to Children adults
3. Human rights defense the Children
4. Ministry to the migrants

**Limitation**:

i. I am limited from working with ecology, since I don't have the skills.

ii. Many sisters live one by one in the regions. There is no more diversity of community living to a new assignee. Only one location a new sister can join in.

4. Ministerial life/ Work experiences: (list only significant experiences)

**Work Experience:**

| | |
|---|---|
| **1995** | Visit the sick at St. Joseph Hospital under the Benedictine Missionaries of Tut zing Peramiho. TZ |
| 1999 | Teaching Religious Education at Peramiho Secondary School under the Benedictine Missionaries of Tutzing Peramiho. TZ |
| 2001 – 2002 | The hospital Administrator at the Diocesan Hospital Litembo Mbinga.TZ |
| 2003 – Ap2008 | Accountant and Personal Secretary to the Bishop of Mbinga Diocese.TZ |
| May 2008-May 2009 | Assistant Accountant in the Diocesan Hospital Litembo.TZ |
| June –Nov 2009 | Assistant Accountant to the Maryknoll Congregation at Vema Centre Kalebezo, Geita Diocese.TZ |
| Sep2010- May 2011 | Soup Kitchen St. Ambrose Parish Chicago IL, USA |
| Sep2011- May 2012 | Ministry of care University of Chicago Hospital Chicago IL, USA |

5. Evaluation of Recent Community Experience and Preference:

From my experience of living in the community in orientation;

a. Community is place where I have practice the skills of giving, loving, receiving and being aware of others needs in any circumstance.

b. Community is the place to be rebuilt and refreshed from each other.

6. Formal Education/ updating: ( list any degrees or significant training or workshops, including language spoken)

i. High Ordinary Level Four years - English
ii. Administration Training one year.
iii. Catechist College – Three Years
iv. Protecting God's Children- Workshop
v. Pastoral Care of the Sick Two weeks

B. Personal History

Recent photo (2x3)

7. Age 38 Birth: [redacted] 1973

8. Entrance to Maryknoll

9. Citizen of: Tanzania

10. Date available

11. Present Region: Orientation

12. This is the First Assignment.

14. Personal Preference for Region.

1. Panama.

The reason of choosing these regions.

After I had studded the History of Panama and the people, I am drawn to choose this region because of:

- Is a multicultural region. From my experience in the orientation phase, any place where there is multicultural communities. there is also a lot of people's needs either spiritual or physical. That I have learned from my studies that, Panama is a mixture of people who came over from different Conner of the world to work on rail road and Canal.
- There is diversity of community living in terms, there more than one house of choice.
- There is a chance for me to involve in the ministries.

2. Central Pacific

I know that this region is not in the list of the priority locations. And also I am aware that the region is not open to receive new assignee for one reason or another. But am present what is in my heart.

- ✓ I was drawn to join Mary knoll because of the first impression I go from the first Mary knoll Sister in the vocation brochure. I had very deep connection and the place where was ministering as a maryknoll Sister.

- ✓ The mixtures of people who come to the Pacific Islands as Migrants touch my heart and draw me closer to be with them and offer myself according to their needs.

- ✓ The sisters in Pacific are really grounded in community and know what is the really important of Community. Because I learned most of them live more than one person in one house. That gives more hope of being supported as I can offer myself to them as well.

These two regions in terms of ministry are equal to me.

- But, for community and background connection I have, Central Pacific is very strong in me and that is the Place I hear God's voice calling me to minister his People.

- Also I find the objectives ministries, as I have studded some of them like: Migrants/Refugees and Women's Issues/ Human Trafficking , I can offer to the people of this region.

- Honestly, I am aware that the congregation has the authority to send me when there is a need out of my expectations. I am open to a region that has more than one house and all those houses are open in receiving a new assignee.

- But, as I have said the Pacific Island is the region for me I see is going to be a life giving to myself, the people I will minister and to the community as well. Though the region is closed, I am open.

- Although I do not have the experience and skills in working in the area of ecology/environment but I am open in learning new things if I have a support community.

15. PASSPORT NO.: [redacted]

APR 29,2019

Year of exp

16. SOCIAL SECURITY NO.: [redacted]

Immaculata Tegete

Signature of Assignee

August 10, 2012

Date