# EXHIBIT GG

## ACKNOWLEDGEMENTS

It is with full hearts that we give thanks and acknowledge with deep gratitude all those who worked to make our 17th General Assembly a successful and truly Maryknoll event in every sense of the word. During our days of deliberations, we genuinely felt supported in prayer and deed by so many in our Maryknoll family. While we cannot name all who labored long hours with love, and prayed for us both at the Assembly itself and behind the scenes before, during and after, we would be remiss not to acknowledge in a special way each one of the following:

**GA Site Committee**
Sr. Mary T. Connell, MM
Sr. Suzanne Moore, MM
Mr. Daniel Neumann (Advisory Board)

**GA Content Committee**
Sr. Ann Braudis, MM
Sr. Rebecca Nyaki, MM
Sr. Connie Pospisil, MM

**GA Logistics Committee**
Sr. Patricia Ann Arathuzik, MM
Sr. Carolyn White, MM
Sr. Claris Zwareva, MM

**GA Executive Secretary**
Sr. Darlene Jacobs, MM

**GA Recording Secretaries**
Mrs. Rosemary Brady Hardiman (Full Circle)
Mrs. Mary Gray D'Arcy (Maryknoll Affiliate)
Mrs. Mary Moritz (Maryknoll Affiliate)
Ms. Karen Peterlin (Full Circle)
Sr. Mara Rutten, MM (Sr. in Integration Program)
Mrs. Trudy Coyle Wheeler (Full Circle)

**GA Gal Fridays**
Sr. Juana Encalada, MM (Sr. in Integration Program)
Sr. Nena Heramil, TDM (Sr. in Transfer Program)
Sr. Ann Mutinda, MM (Sr. in Temporary Vows)
Ms. Rose Tocci (Full Circle)

**GA Information Technology Staff**
Mr. Luis Ortiz (Maryknoll Sisters employee)
Mrs. Rosa Torres (Maryknoll Sisters employee)

**GA Official Photographer**
Sr. Shirley King, MM

**GA Prayer/Ritual/Environment Committee**
Sr. Margaret Dillon, MM
Sr. Janet Hockman, MM
Sr. Numeriana Mojado, MM
Sr. Norma Pocasangre, MM
Sr. Connie Pospisil, MM

**GA Music Committee**
Sr. Joan Berninger, MM
Sr. Catherine Erisman, MM
Sr. Mary Ellen Kempken, MM

**GA Official Participants**
Dr. Mary Elizabeth (Mef) Ford (Full Circle)
Mr. John Moritz (Maryknoll Affiliate)
Fr. John (Jack) Sullivan, MM (Maryknoll Society)
Sr. Immaculata Tegete, MM (Sr. in Temporary Vows)
Ms. Peg Vamosy, MKLM (Maryknoll Lay Missioner)
Sr. Susan Wanzagi, MM (Sr. in Integration Program)

**GA Facilitators**
Ms. Anne Litwin, Ph.D.
Sr. Mary Ellen O'Grady, OP
Ms. Sharon Bueno Washington

**GA Process Committee (Stable Members)**
Sr. Cheryl Allam, MM
Sr. Ann Braudis, MM
Sr. Theresa Hougnon, MM
Sr. Delia Smith, MM

**GA Synthesizers/Writers**
Sr. Luise Ahrens, MM
Sr. Rose Marie Cecchini, MM
Sr. Dolores Geier, MM
Sr. Loretta Harriman, MM
Sr. Teresa Kastner, MM
Sr. Bernice Kita, MM
Sr. Claudette LaVerdiere, MM
Sr. Kathleen Magee, MM
Sr. Helene O'Sullivan, MM

**GA Wellness Support Committee**
Sr. Mary Annel, MM
Sr. Rita Burdzy, MM
Sr. Mary Ellen Kerrigan, MM
Sr. Margaret Kollmer, MM
Sr. Euphrasia Nyaki, MM
Sr. MaryLou Ann Rajdl, MM
Sr. Eileen Schwenk, MM

**GA Sewing Committee**
Sr. Susan Baldus, MM
Sr. Louise Bullis, MM
Sr. Ann Klaus, MM
Sr. Betty Ann Maheu, MM
& a cadre of volunteer seamstresses

**GA Proceedings Committee**
Sr. Cheryl Allam, MM
Sr. Anastasia Lott, MM
Sr. Kathleen Magee, MM