# EXHIBIT MM

# Congregational

# Policies

*Maryknoll Sisters*
*Maryknoll, NY*
*July 2008*

WE BELIEVE that each Sister is entitled to appropriate care, consonant with our shared resources, and given with tenderness and love in the healing spirit of Jesus. This enables her to live her life as fully as possible, given the limitations of age or illness. As the end of life approaches, the Congregation will provide a caring environment in which each Sister can prepare for a dignified and peaceful death.

WE BELIEVE that each Sister, to the extent that she is able, assumes responsibility for her health and the development of individual health habits to maintain wellness and prevent disease.

WE BELIEVE that each Sister requires adequate information to make competent decisions regarding health and illness. These decisions should be based on proper professional consultation, dialogue between the Sister and her Community or Regional Governance and when necessary, Congregational Health Services.

WE BELIEVE that we are challenged to enter more fully into the Paschal Mystery and become a sign of love and acceptance to the world in need. Due to personal circumstances of mental or physical incompetence, there may be a time when a Sister is unable to make a necessary, competent decision regarding her illness, care and alternatives to care. In such cases, in fidelity to Jesus, we are prepared to accept gratefully the decisions made on our behalf by those who exercise designated authority in the Congregation, wherever we may be at the time.

WE BELIEVE that we need to reevaluate periodically all aspects of health care and its costs in order to remain faithful to our life of simplicity, our economic reality and our commitment to accompany the poor as Jesus did. Each Sister is urged to be aware and creative in keeping health care costs as low as is reasonably possible.

WE BELIEVE that confidentiality is ordinarily presumed in the doctor-patient or therapist/patient/client relationship. Thus, each Sister in seeking or receiving medical or psychological treatment for whatever need, will be responsible for communication and accountability to the Congregation at the appropriate level.

## GENERAL HEALTH CARE

Policies

#1 Each Region is expected to have a health care contact person to facilitate the process of health care treatment and communication with Congregational Health Services and to ensure that medical records are kept up to date. Sisters assume individual responsibility for their own health and wellness to the extent that they are able to do so.

Procedures

A. Sisters maintain their own health records and are knowledgeable about their significant illnesses, medications and allergies. When at the Center, Sisters are responsible for updating their health records by giving pertinent information to the Medical Records person in the Out Patient Care (OPC) department.

B. Reports regarding serious illness/surgery are sent to the Out Patient Care department by the Regions for maintaining each Sister's complete health records.

C. Sisters are responsible for becoming informed regarding alternatives of care when ill, any proposed medical procedures, rights of self-determination and prolongation of life.

D. Sisters are encouraged to state their preferences relative to the use of extraordinary means to prolong life. A copy of her Living Will and/or Health Care Proxy, with