# EXHIBIT QQ

INDULT OF DEPARTURE:

Legal Form ATTENDUM

I, Immaculata Tegete, have received a gift of $5,000 from the Maryknoll Sisters of St. Dominic.

Immaculata G. Tegete
Immaculata Tegete

Date: March 21, 2015

Sister Regina Pellicore, MM
Sister Regina Pellicore
For Maryknoll Sisters of St. Dominic

Date: 3/21/15

Sister Jeanne Houlihan
Sister Jeanne Houlihan
Witness

Date: March 21, 2015

Original Copy to Congregation President

Cc: Immaculata Tegete
Treasurer