UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IMMACULATA TEGETE,

                Plaintiff,                20 **CIVIL** 5023 (CS)

      -against-                         **JUDGMENT**

MARYKNOLL SISTERS OF SAINT DOMINIC
INC.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 14, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 14, 2023

                                                     **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                              **BY:**

                                                         **Deputy Clerk**